Debtor 1   Clemencio Sumajit Cerezo

Debtor 2   Nenita Jerota Cerezo

(Spouse, if filing)

United States Bankruptcy Court for the NORTHERN District of CALIFORNIA

Case number 19-50023

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST    **Court claim no**. (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 1259

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice:

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

|   | **Description** | **Date Incurred** |   | **Amount** |
|---|---|---|---|---|
| 1 | Late Charges |   | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees |   | (2) | $0.00 |
| 3 | Attorneys fees |   | (3) | $0.00 |
| 4 | Filing fee and court costs |   | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 3/15/2019 | (5) | $575.00 |
| 6 | Appraisal/Broker's Price opinion fees |   | (6) | $0.00 |
| 7 | Property inspection fees |   | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) |   | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) |   | (9) | $0.00 |
| 10 | Property preservation expenses |   | (10) | $0.00 |
| 11 | Other. Specify: Plan Objection fee | 2/18/2019 | (11) | $500.00 |
| 12 | Other. Specify: |   | (12) | $0.00 |
| 13 | Other. Specify: |   | (13) | $0.00 |
| 14 | Other. Specify: |   | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.

See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Clemencio Sumajit Cerezo</u>   Case number *(if known)* <u>19-50023</u>
        Print Name   Middle Name   Last Name

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ <u>/s/ Erin Elam</u>   Date <u>5/20/2019</u>
  Signature

| | | |
|---|---|---|
| Print | <u>Erin Elam</u><br>First Name  Middle Name  Last Name | Title <u>Bankruptcy Attorney</u> |
| Company | RAS Crane, LLC | |
| Address | <u>10700 Abbott's Bridge Road, Suite 170</u><br>Number  Street | |
| | <u>Duluth, GA 30097</u><br>City  State  ZIP Code | |
| Contact Phone | 470-321-7112 | Email <u>eelam@rascrane.com</u> |

I HEREBY CERTIFY that on 05/24/2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DREW HENWOOD
LAW OFFICES OF DREW HENWOOD
510 N 1ST ST. #205
SAN JOSE, CA 95112

DEVIN DERHAM-BURK
P.O. BOX 50013
SAN JOSE, CA 95150-0013

OFFICE OF THE U.S. TRUSTEE / SJ
U.S. FEDERAL BLDG. 280 S 1ST ST. #268
SAN JOSE, CA 95113-3004

CLEMENCIO SUMAJIT CEREZO
1470 MARDAN DRIVE
SAN JOSE, CA 95132

NENITA JEROTA CEREZO
1470 MARDAN DRIVE
SAN JOSE, CA 95132

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/ Samira Mbang
　　　Samira Mbang
　　　email: sammbang@rascrane.com